**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| | : |
| v. | : Criminal Action No. 25-CR-08 |
| | : |
| FRED BLAKLEY | : |
| Defendant. | : |

---

## O R D E R

AND NOW, this 6th day of October, 2025, upon consideration of the Defendant's *Unopposed Motion to Extend the Motions in Limine Deadline*, it is hereby **ORDERED** that the Motion is **GRANTED**.

Motions in limine shall be filed no later than **November 26, 2025**, and responses shall be filed no later than **December 3, 2025**.

The trial date of **January 20, 2026** remains as scheduled.


BY THE COURT:

/s/ Gerald Austin McHugh

_____

THE HONORABLE GERALD A. McHUGH
United States District Judge